ORIGINAL

1  JAMES F. MCCABE (CA SBN 104686)
   JMcCabe@mofo.com
2  JAMES R. MCGUIRE (CA SBN 189275)
   JMcGuire@mofo.com
3  RITA F. LIN (CA SBN 236220)
   RLin@mofo.com
4  SARAH E. GRISWOLD (CA SBN 240326)
   SGriswold@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California 94105-2482
   Telephone: 415.268.7000
7  Facsimile: 415.268.7522

8  Attorneys for Plaintiff
   CAPITAL ONE BANK (USA), N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| CAPITAL ONE BANK (USA), N.A., | Case No. |
|---|---|
| Plaintiff, | **CAPITAL ONE BANK (USA), N.A.'S CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| EDMUND G. BROWN, JR., in his capacity as Attorney General of the State of California, | |
| Defendant. | |

PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT        1
sf-2507332

1   Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Capital One Bank (USA),
2   N.A. hereby discloses that it is a wholly-owned subsidiary of Capital One Financial
3   Corporation, a publicly traded company. Capital One Financial Corporation has no parent
4   corporation, and there is no publicly-held corporation that owns ten percent or more of its
5   stock.
6   A. Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date,
7   other than the named parties, there is no such interest to report.

Dated: May 2, 2008

JAMES F. MCCABE
JAMES R. MCGUIRE
RITA F. LIN
SARAH E. GRISWOLD
MORRISON & FOERSTER LLP

By: /s/ James F. McCabe
James F. McCabe

Attorneys for Plaintiff
CAPITAL ONE BANK (USA), N.A.

PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT
sf-2507332

2