1  JAMES F. MCCABE (CA SBN 104686)
   JMcCabe@mofo.com
2  JAMES R. MCGUIRE (CA SBN 189275)
   JMcGuire@mofo.com
3  RITA F. LIN (CA SBN 236220)
   RLin@mofo.com
4  SARAH E. GRISWOLD (CA SBN 240326)
   SGriswold@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California  94105-2482
   Telephone: 415.268.7000
7  Facsimile: 415.268.7522

8  Attorneys for Plaintiff
   CAPITAL ONE BANK (USA), N.A.

9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13  CAPITAL ONE BANK (USA), N.A.,            Case No.      C08-02289 BZ

14                Plaintiff,                 **DECLINATION TO PROCEED
                                             BEFORE A MAGISTRATE
15       v.                                  JUDGE AND REQUEST FOR
                                             REASSIGNMENT TO DISTRICT
16  EDMUND G. BROWN, JR., in his capacity as JUDGE**
    Attorney General of the State of California,
17                                           Hon. Bernard Zimmerman

18                Defendant.                 Complaint filed: May 2, 2008

19

20

21

22

23

24

25

26

27

28

1    Plaintiff Capital One Bank (USA), N.A. respectfully requests that this case be reassigned

2    to a district judge pursuant to Local Rule 73-1.

3    Dated: June 2, 2008                          JAMES F. MCCABE
                                                  JAMES R. MCGUIRE
4                                                 RITA F. LIN
                                                  SARAH E. GRISWOLD
5                                                 MORRISON & FOERSTER LLP

6

7                                                 By:    /s/ James F. McCabe
                                                        James F. McCabe
8
                                                  Attorneys for Plaintiff
9                                                 CAPITAL ONE BANK (USA), N.A.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28