UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

C-08-2289          SAMUEL CONTI          DATE August 15, 2008
Case Number        Judge

Title: CAPITAL ONE BANK (USA)    vs EDMUND G. BROWN, JR.

Attorneys: JAMES MCCABE

Deputy Clerk: T. De Martini    Court Reporter: Kathy Sullivan

Court   Pltf's   Deft's
(XXX)   (   )   (   )   1. Status Conference - Held

(   )   (   )   (   )   2.

(   )   (   )   (   )   3.

(   )   (   )   (   )   4.

(   )   (   )   (   )   5.

(   )Motion(s): (   )Granted  (   )Denied  (   )Withdrawn

(   )Granted/Denied  (   )Off Calendar  (   )Submitted

Order to be Prepared by:(   )Pltf  (   )Deft  (   )Court

Discovery Cutoff:_____ Pretrial Statements Due_____

Case Continued to_____ for Pretrial Conference

Case Continued to_____ for Court/Jury Trial

Case Continued to 11/14/08 @ 10:00 a.m. for Further Status Conference
                                          and or Dismissal Calendar

Case Continued to_____ for_____

ORDERED AFTER HEARING: If the defendant has not been served by 11/14/08 the Court will dismiss this case

cc: