| | |
|---|---|
| 1 | JAMES F. MCCABE (CA SBN 104686) |
|   | JMcCabe@mofo.com |
| 2 | JAMES R. MCGUIRE (CA SBN 189275) |
|   | JMcGuire@mofo.com |
| 3 | RITA F. LIN (CA SBN 236220) |
|   | RLin@mofo.com |
| 4 | SARAH E. GRISWOLD (CA SBN 240326) |
|   | SGriswold@mofo.com |
| 5 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 6 | San Francisco, California  94105-2482 |
|   | Telephone: 415.268.7000 |
| 7 | Facsimile: 415.268.7522 |
| 8 | Attorneys for Plaintiff |
|   | CAPITAL ONE BANK (USA), N.A. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAPITAL ONE BANK (USA), N.A., | Case No.   C08-02289-SC |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| v. | |
| EDMUND G. BROWN, JR., in his capacity as Attorney General of the State of California, | Hon. Samuel Conti |
| | Complaint Filed:   May 2, 2008 |
| | Trial Date:          TBA |
| Defendant. | |

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO. C08-02289-SC
sf-2575251

1  Pursuant to Civil Local Rule 6-1(a), it is hereby stipulated by and between Plaintiff
2  Capital One Bank (USA), N.A. and Defendant Edmund G. Brown Jr., in his capacity as Attorney
3  General of the State of California, through their respective attorneys, that the time by which
4  Defendant may plead or otherwise respond to the operative complaint shall be extended to and
5  include December 1, 2008.  There have been no previous modifications of any deadlines in this
6  case and the stipulated extension does not affect the date of any event or any deadline already
7  fixed by Court order.

Dated: September 17, 2008          MORRISON & FOERSTER LLP

                                   By:    /s/ James F. McCabe
                                          James F. McCabe

                                   Attorneys for Plaintiff
                                   CAPITAL ONE BANK (USA), N.A.

Dated: September 17, 2008          STATE OF CALIFORNIA DEPARTMENT
                                   OF JUSTICE, OFFICE OF THE ATTORNEY
                                   GENERAL

                                   By:    /s/ Kathrin Sears
                                          Kathrin Sears
                                          Deputy Attorney General

                                   Attorneys for Defendant
                                   EDMUND G. BROWN JR., in his
                                   capacity as Attorney General of the
                                   State of California

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Samuel Conti]

**E-FILING ATTESTATION**

I, James F. McCabe, am the ECF user whose ID and password are being used to file this stipulation.  I hereby attest that Kathrin Sears has concurred in this filing.

Dated: September 17, 2008          By:    /s/ James F. McCabe
                                          James F. McCabe

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO. C08-02289-SC
sf-2575251                                                                                    1