| | |
|---|---|
| 1 | JAMES F. MCCABE (CA SBN 104686) |
|   | JMcCabe@mofo.com |
| 2 | JAMES R. MCGUIRE (CA SBN 189275) |
|   | JMcGuire@mofo.com |
| 3 | RITA F. LIN (CA SBN 236220) |
|   | RLin@mofo.com |
| 4 | SARAH E. GRISWOLD (CA SBN 240326) |
|   | SGriswold@mofo.com |
| 5 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 6 | San Francisco, California  94105-2482 |
|   | Telephone: 415.268.7000 |
| 7 | Facsimile: 415.268.7522 |
| 8 | Attorneys for Plaintiff |
|   | CAPITAL ONE BANK (USA), N.A. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| CAPITAL ONE BANK (USA), N.A., | Case No.   C08-02289-SC |
|---|---|
| Plaintiff, | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |
| v. | Hon. Samuel Conti |
| EDMUND G. BROWN, JR., in his capacity as Attorney General of the State of California, | Complaint Filed:   May 2, 2008 |
|  | Trial Date:   TBA |
| Defendant. | |

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
CASE NO. C08-02289-SC
sf-2610412

1 | Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Capital One Bank (USA), N.A. hereby voluntarily dismisses the above-captioned action.

Dated: November 25, 2008                MORRISON & FOERSTER LLP

By:   /s/ James F. McCabe
      James F. McCabe

Attorneys for Plaintiff
CAPITAL ONE BANK (USA), N.A.

*IT IS SO ORDERED*
[Signature]
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA